Robert Suitts, Plaintiff-Appellant, v. Clarence Magee et al., Defendants-Appellees.

(No. 73-412; )

Second District (1st Division)—April 24, 1975.

Opinion by Mr. PRESIDING JUSTICE SEIDENFELD.

Richard W. Husted, of Elgin, for appellant.

Reese, Schlueter, & Ecklund, of Rockford, for appellees.